UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE: AIM/INVESCO, ARTISAN, STRONG, AND T. ROWE PRICE MUTUAL FUND LITIGATION

04-MD-15864

MOTION OF AIM/INVESCO AND STRONG LEAD PLAINTIFF MOVANTS FOR APPOINTMENT AS LEAD PLAINTIFFS AND, APPROVAL OF THEIR SELECTIONS OF LEAD COUNSEL

Lead Plaintiff Movants in the AIM/INVESCO and Strong cases, by their respective counsel, hereby move this Court for an Order: (i) appointing the AIM/INVESCO and Strong Movants as Lead Plaintiffs in their respective tracks; (ii) approving Lead Plaintiff Movants' selection of Lead Counsel in each respective track; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the AIM/INVESCO and Strong Movants submit herewith the accompanying Omnibus Memorandum of Law ("Memorandum of Law") and a Proposed Order.

In further support of this Motion, the AIM/INVESCO and Strong Movants aver as follows:

**AIM/INVESCO**

1. Prior to the AIM/INVESCO cases being transferred to this Court, the City of Chicago Deferred Compensation Plan ("Chicago Plan") timely filed a motion to be appointed lead plaintiff in the AIM/INVESCO cases on February 2, 2004, the deadline for filing under the PSLRA.

2. Pursuant to the Court's direction in its April 5, 2004 letter, the Chicago Plan submits this motion requesting its appointment as Lead Plaintiff in the AIM/INVESCO cases, and approval of its selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel.

3. On March 1, 2004, representatives of nearly all law firms that either filed a complaint in the AIM/INVESCO cases or moved on behalf of a client to be named lead plaintiff in the AIM/INVESCO cases met to discuss a leadership structure based upon the largest financial interest in the AIM/INVESCO cases.

4. The overwhelming majority of counsel has since agreed that the Chicago Plan has the largest financial interest in the AIM/INVESCO cases and should be appointed Lead Plaintiff in the AIM/INVESCO cases. For this reason and for the reasons set forth in the accompanying Memorandum of Law, the Chicago Plan should be appointed Lead Plaintiff in the AIM/INVESCO cases.

5. The Chicago Plan has chosen the law firm of Bernstein Litowitz Berger & Grossmann LLP as Lead counsel. For the reasons set forth in the accompanying Memorandum of Law, Chicago Plan's selection of Lead Counsel in the AIM/INVESCO cases should be approved.

**STRONG**

6. Prior to the Strong cases being transferred to this Court, Dr. Norman L. Osgood, the Strong Funds Lead Plaintiff Movants, and the Martin Lead Plaintiff Group, as defined in the accompanying Memorandum of Law (collectively the "Strong Movants"), timely filed motions to be appointed lead plaintiff in the Strong cases on November 4, 2003, the deadline for filing under the PSLRA.

7. Pursuant to the Court's direction in its April 5, 2004 letter, the Strong Movants submit this motion requesting appointment of the Strong Movants as Lead Plaintiffs, and approval of the Strong Movants' selection of Cotchett Pitre Simon & McCarthy, Milberg, Weiss, Bershad, Hynes & Lerach, LLP, and Schiffrin & Barroway, LLP as Tri-Lead Counsel.

8. On March 1, 2004, representatives of nearly all law firms that either filed a complaint in the Strong cases or moved on behalf of a client to be named lead plaintiff in the Strong cases met to discuss a leadership structure based upon the largest financial interest in the Strong cases.

9. The overwhelming majority of counsel has since agreed that the Strong Movants have the largest financial interest in the Strong cases and should be appointed Lead Plaintiffs in the Strong cases. For this reason and for the reasons set forth in the accompanying Memorandum of Law, the Strong Movants should be appointed Lead Plaintiffs in the Strong cases.

10. The Strong Movants have chosen the law firms of Cotchett Pitre Simon & McCarthy, Milberg, Weiss, Bershad, Hynes & Lerach, LLP, and Schiffrin & Barroway, LLP as Tri-Lead Counsel. For the reasons set forth in the accompanying Memorandum of Law, the Strong Movants' selection of Co-Lead Counsel in the Strong cases should be approved.

WHEREFORE, Movants respectfully request the Court:

a) Appoint the Chicago Plan as Lead Plaintiff in the AIM/INVESCO cases, and approve its selection of Lead Counsel;

b) Appoint the Strong Movants as Lead Plaintiffs in the Strong cases, and approve the Strong Movants' selection of Lead Counsel; and

c)  Grant such other relief as the Court deems just and proper.

April 19, 2004                                              Respectfully submitted,

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**

By: ___/s/_____
  Melvyn I. Weiss
  David J. Bershad
  Steven G. Schulman
  Deborah Clark-Weintraub
  Peter E. Seidman
  One Pennsylvania Plaza
  New York, NY  10119-0165
  Tel.: (212) 594-5300
  Fax: (212) 868-1229

*Proposed Co-Lead Counsel for the Strong Movants*

**SCHIFFRIN & BARROWAY, LLP**

By: ___/s/_____
  Richard Schiffrin
  Andrew L. Barroway
  Stuart L. Berman
  Darren J. Check
  Sean M. Handler
  Three Bala Plaza East, Suite 400
  Bala Cynwyd, Pennsylvania  19004
  Tel.: (610) 667-7706
  Fax: (610) 667-7056

*Proposed Co-Lead Counsel for the Strong Movants*

**COTCHETT PITRE SIMON &
   McCARTHY**


By: ___/s/_____
   Joseph W. Cotchett
   Bruce L. Simon
   840 Malcolm Road, Suite 200
   Burlingame, California  94010
   Tel.: (650) 697-6000
   Fax: (650) 697-0577

*Proposed Co-Lead Counsel for the Strong Movants*


**BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP**

By: _____/s/_____
   Alan Schulman
   Robert S. Gans
   Timothy A. DeLange
   Jerald D. Bien-Willner
   12544 High Bluff Drive, Suite 150
   San Diego, CA 92130
   Tel: (858) 793-0070
   Fax: (858) 793-0323

*Proposed Lead Counsel for the AIM/INVESCO Movants*