A CERTIFIED TRUE COPY

APR 21 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL
MULTIDISTRICT LITIG

APR - 5 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 152 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG CASES
# DOCKET NO. 1586
# IN RE MUTUAL FUNDS INVESTMENT LITIGATION

<u>DISTRICT DIV. CIVIL ACTION#</u>

**CALIFORNIA NORTHERN**
| | | | | |
|---|---|---|---|---|
| CAN | 3 | 04-583 | Leo K.W. Lum v. Franklin Resources, Inc., et al. | 04-1271 |
| CAN | 3 | 04-584 | Frederic Ian Fischbein, etc. v. Franklin Age High Income Fund, et al. | 04-1272 |
| CAN | 3 | 04-598 | Catherine Dukes v. Franklin Age High Income Fund, et al. | 04-1273 |
| CAN | 3 | 04-628 | Ryan Mcalvey, et al. v. Franklin Resources, Inc., et al. | 04-1274 |
| CAN | 3 | 04-639 | Stephen Alexander v. Franklin Age High Income Fund, et al. | 04-1275 |

**COLORADO**
| | | | | |
|---|---|---|---|---|
| CO | 1 | 04-151 | Jonathan Gallo v. Invesco Funds Group, Inc., et al. | 04-1276 |
| CO | 1 | 04-152 | Robert S. Ballagh, Jr. v. Invesco Funds Group, Inc., et al. | 04-1277 |
| CO | 1 | 04-281 | Joel Goodman v. Invesco Funds Group, Inc., et al. | 04-1278 |
| ~~CO~~ | ~~1~~ | ~~04-360~~ | ~~Carl E. Vonder Haar, et al. v. Invesco Funds Group, Inc., et al.~~ Opposed 4/21/04 | |

**DELAWARE**
| | | | | |
|---|---|---|---|---|
| DE | 1 | 04-51 | Sylvia Volin, etc. v. Janus Capital Group, Inc., et al. | 04-1279 |

**FLORIDA MIDDLE**
| | | | | |
|---|---|---|---|---|
| FLM | 8 | 04-249 | Gisele Beer v. Franklin Age High Income Fund, et al. | 04-1280 |

**KANSAS**
| | | | | |
|---|---|---|---|---|
| KS | 2 | 04-2091 | Julie Parisi, etc. v. Marsh & McLennan Co., et al. | 04-1281 |
| KS | 2 | 04-2092 | Julie Parisi, etc. v. Alliance Capital Management Holding, L.P., et al. | 04-1282 |

**MASSACHUSETTS**
| | | | | |
|---|---|---|---|---|
| MA | 1 | 04-10169 | Edward L. Segel, et al. v. Putnam Investment Management, Inc., et al. | 04-1283 |
| MA | 1 | 04-10219 | Simon Denenberg, etc. v. Putnam Investment Management, Inc., et al. | 04-1284 |
| MA | 1 | 04-10405 | Steven B. Ehrlich, etc. v. Columbia Acorn Fund, et al. | 04-1285 |

**NEVADA**
| | | | | |
|---|---|---|---|---|
| NV | 2 | 04-146 | Howard Jaffe v. Mutual Beacon Fund, et al. | 04-1286 |
| NV | 2 | 04-154 | Jeffrey Bennett v. Daniel G. Calugar, et al. | 04-1289 |

**NEW YORK EASTERN**
| | | | | |
|---|---|---|---|---|
| NYE | 1 | 04-409 | Douglas A. Hinton, etc. v. Deutsche Bank AG, et al. | 04-1288 |
| NYE | 2 | 03-6285 | Simon J. Denenberg v. Alliance Capital Management, LP, et al. | 04-1287 |

**NEW YORK SOUTHERN**
| | | | | |
|---|---|---|---|---|
| NYS | 1 | 03-8375 | Eileen Clancy v. Strong Advisor Common Stock, et al. | 04-1290 |
| NYS | 1 | 03-8594 | Lori Weinrib v. Strong Financial Corp., et al. | 04-1291 |
| NYS | 1 | 03-10305 | John Li, etc. v. John D. Carifa, et al. | 04-1292 |
| NYS | 1 | 04-100 | Joan Gassisi v. AllianceBernstein Technology Fund, Inc., et al. | 04-1293 |
| NYS | 1 | 04-259 | Jo-Anne R. Scheider v. AllianceBernstein Growth & Income Fund, Inc., et al. | 04-1294 |
| NYS | 1 | 04-353 | Frank A. Wood, Jr. v. Marsh & McLennan Companies, Inc., et al. | 04-1295 |
| NYS | 1 | 04-481 | John R. Granelli, et al. v. The Charles Schwab Corp., et al. | 04-1296 |
| NYS | 1 | 04-492 | Lori Weinrib v. Invesco Funds Group, Inc, et al. | 04-1297 |
| NYS | 1 | 04-520 | Michael Smith v. Scudder 21st Century Growth Fund, et al. | 04-1298 |
| NYS | 1 | 04-578 | Michael Malone v. Scudder 21st Century Growth Fund, et al. | 04-1299 |
| NYS | 1 | 04-605 | John Driscoll v. Deutsche Bank AG, et al. | 04-1301 |
| NYS | 1 | 04-687 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. | 04-1302 |

SCHEDULE OF ACTIONS (CTO-2) - DOCKET NO. 1586                                PAGE 2 OF 2

DISTRICT  DIV. CIVIL ACTION#

| District | Div. | Civil Action# | Case | Assigned # |
|---|---|---|---|---|
| NYS | | 04-713 | Eileen Clancy v. Invesco Advantage Health Sciences Fund, et al. | 04-1303 |
| NYS | | 04-915 | Scott Waldman v. Invesco Funds Group, Inc., et al. | 04-1304 |
| NYS | 1 | 04-943 | Vincent Bommarito v. Marsh & McLennan Companies, Inc., et al. | 04-1305 |
| NYS | 1 | 04-1044 | First Derivative Traders v. Marsh & McLennan Companies, et al. | 04-1306 |
| NYS | | 04-1072 | Joanne Adams v. Putnam American Government Income Fund, et al. | 04-1307 |
| NYS | | 04-1101 | Aaron Walker, et al. v. Scudder 21st Century Growth Fund, et al. | 04-1308 |
| NYS | | 04-1235 | Karen M. McKenna v. Scudder 21st Century Growth Fund, et al. | 04-1309 |
| NYS | | 04-1330 | Hugh Sharkey Ira/Ro v. Franklin Resources, Inc., et al. | 04-1310 |
| NYS | | 04-1331 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. | 04-1312 |
| NYS | | 04-1603 | Alfred Doiron v. Scudder Advisor Funds, et al. | 04-1313 |
| NYS | | 04-1604 | Jimmy Chin v. Scudder 21st Century Growth Fund, et al. | 04-1314 |

VERMONT
  ~~VT      1     04-23              Kaveh S. Shahi, et al. v. Putnam Investments~~ Opposed 4/20/04

WISCONSIN EASTERN

| | | | | |
|---|---|---|---|---|
| WIE | 2 | 03-1260 | Jeffrey W. Bader, et al. v. Strong Capital Management, Inc., et al. | 04-1315 |
| WIE | 2 | 04-123 | Sarah Ross Trust, etc. v. Strong Financial Corp., et al. | 04-1316 |