A CERTIFIED TRUE COPY

MAY -5 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

LODGED _____ RECEIVED _____

MAY 0 7 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 9 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 152 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___ F.Supp.2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 5 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-3 - TAG ALONG CASES
# DOCKET NO. 1586
# IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT DIV. CIVIL ACTION#

**ARIZONA**
| | | | | |
|---|---|---|---|---|
| AZ | 2 | 03-2508 | Joseph E. Tether, III v. Capital Management Investors Holdings, Inc., et al. | 04-1444 |
| AZ | 2 | 04-31 | Michael Blum v. Security Trust Co., et al. | 04-1445 |
| AZ | 2 | 04-82 | Neil J. Cafasso v. Capital Management Investors Holdings, Inc., et al. | 04-1446 |
| AZ | 2 | 04-87 | John P. Iurlano v. Capital Management Investors Holdings, Inc., et al. | 04-1447 |
| AZ | 2 | 04-143 | Joseph C. Curtis v. Capital Management Investors Holdings, Inc., et al. | 04-1448 |
| AZ | 2 | 04-230 | Randolph G. Herrmann v. Capital Management Investors Holdings, Inc., et al. | 04-1449 |

**CALIFORNIA NORTHERN**
| | | | | |
|---|---|---|---|---|
| CAN | 3 | 04-865 | Peter D'Alliessi, et al. v. Franklin Age High Income Fund, et al. | 04-1450 |
| CAN | 3 | 04-901 | William Marcus, etc. v. Franklin Resources, Inc., et al. | 04-1451 |
| CAN | 3 | 04-902 | Joseph Banner, etc. v. Franklin Resources, Inc., et al. | 04-1452 |
| CAN | 3 | 04-984 | Simon J. Denenberg, etc. v. Franklin Resources, Inc., et al. | 04-1453 |

**COLORADO**
| | | | | |
|---|---|---|---|---|
| CO | 1 | 04-397 | Henry Kramer, etc. v. Amvescap, PLC, et al. | 04-1454 |
| ~~CO~~ | ~~1~~ | ~~04-444~~ | ~~Wayne County Employees' Retirement System v. Janus Capital Group, Inc., et al.~~ | |

Opposed 5/5/04

**NEW YORK SOUTHERN**
| | | | | |
|---|---|---|---|---|
| NYS | 1 | 03-9639 | A. Joseph Szydlowski v. The Charles Schwab Corp., et al. | 04-1455 |
| NYS | 1 | 03-10232 | James E. Schwartz, et al. v. Old Mutual Asset Management, et al. | 04-1456 |
| NYS | 1 | 03-10277 | Paul G. Robert, et al. v. PBHG Funds, Inc., et al. | 04-1457 |
| NYS | 1 | 04-247 | Richard Wasserman, et al. v. Sun Life Financial, Inc., et al. | 04-1458 |

**PENNSYLVANIA EASTERN**
| | | | | |
|---|---|---|---|---|
| PAE | 2 | 03-6522 | Chuck Hall, et al. v. Pilgrim Baxter & Associates, et al. | 04-1459 |
| PAE | 2 | 03-6710 | Benjamin Schonbrun v. PBHG Growth Fund, et al. | 04-1460 |
| PAE | 2 | 04-54 | David Roberts v. Pilgrim Baxter & Associates, Ltd., et al. | 04-1461 |
| PAE | 2 | 04-141 | Edmond Landay v. Pilgrim Baxter & Associates, Ltd., et al. | 04-1462 |
| PAE | 2 | 04-566 | Robert J. Gordon v. PBHG Funds Services, et al. | 04-1463 |
| PAE | 2 | 04-983 | James Cohen, etc. v. Pilgrim Baxter & Associates, et al. | 04-1464 |
| PAE | 2 | 04-984 | Katherine Simpkins, etc. v. Pilgrim Baxter & Associates, et al. | 04-1465 |