A CERTIFIED TRUE COPY

MAY 19 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ LODGED ___ RECEIVED

MAY 24 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 0 3 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-4)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 210 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 19 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-4 - TAG-ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT   DIV. C.A. #

**FLORIDA SOUTHERN**
FLS   0   04-60420   Anita Cullen v. Templeton Growth Fund, Inc., et al.   04-1613

**ILLINOIS SOUTHERN**
~~ILS   3   04-179   Joseph Parise, Jr., etc. v. Templeton Funds, Inc., et al.~~ Vacated 5/17/04

**NEVADA**
NV   2   03-1644   Marvin Kaplan, et al. v. Security Brokerage, Inc., et al.   04-1614
NV   2   04-96   Tim Christman v. Security Brokerage, Inc., et al.   04-1615

**NEW YORK SOUTHERN**
NYS   1   03-8939   Robert P. Kelly v. Strong Capital Management, Inc.   04-1616
NYS   1   03-10191   Allen Colvin, et al. v. Massachusetts Financial Services Co., et al.   04-1617
NYS   1   04-1045   Juliet Rintoul v. Massachusetts Financial Services Co., et al.   04-1618
NYS   1   04-1143   Ed Casey v. Federated Global Investment Management Corp.   04-1619
NYS   1   04-1185   John Hammerslough v. Massachusetts Financial Services Co.   04-1620
NYS   1   04-1915   1199 Seiu Greater New York Pension Fund, et al. v. Marsh & McLennan Companies, Inc., et al.   04-1621
NYS   1   04-2114   Richard A. Rehbock v. Alliance Capital Management Corp., et al.   04-1622
NYS   1   04-2170   Robert J. Mocock v. Scudder 21st Century Growth Fund, et al.   04-1623
NYS   1   04-2489   Hedi Hertz, etc. v. Harmon E. Burns, et al.   04-1624

**WISCONSIN EASTERN**
WIE   2   03-1448   Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.   04-1625
WIE   2   04-260   Sean Wilson, etc. v. Richard S. Strong, et al.   04-1626
WIE   2   04-261   Brian Munroe, etc. v. Richard D. Strong, et al.   04-1627