

A CERTIFIED TRUE COPY

JUN 18 2004

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

JUN - 2 2004

FILED
CLERK'S OFFICE

*DOCKET NO. 1586*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-6)*

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 248 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, _____F.Supp.2d_____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 18 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-6 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

FILED          ENTERED
LODGED          RECEIVED

JUN 2 1 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
BY DISTRICT OF MARYLAND
DEPUTY

**DISTRICT  DIV. C.A.#**

**CALIFORNIA CENTRAL**
| | | | | |
|---|---|---|---|---|
| CAC | 8 | 04-252 | David A. Citron, et al. v. Pacific Investment Management Co., LLC. et al. | 04-1921 |
| CAC | 8 | 04-338 | Anil Kapoor, etc. v. Guilford C. Barcock, et al. | 04-1922 |
| CAC | 8 | 04-340 | Donna Alexander, etc. v. Guilford C. Babcock, et al. | 04-1923 |
| CAC | 8 | 04-342 | Jack McBride, et al. v. Allianz Dresdner Asset Management of America, LP, et al. | 04-1924 |
| CAC | 8 | 04-494 | Edward I. Segel, IRA, et al. v. Allianz Dresdner Asset Management of America, L.P. | 04-1925 |

**CONNECTICUT**
| | | | | |
|---|---|---|---|---|
| CT | 3 | 04-348 | Muriel P. Kaufman, et al. v. Pimco Stockplus Fund, et al. | 04-1926 |

**DELAWARE**
| | | | | |
|---|---|---|---|---|
| ~~DE~~ | ~~1~~ | ~~04-207~~ | ~~Gladys Baker, etc. v. Putnam Investment Management, LLC, et al.~~ CTO Vacated 6/14/04 | |

**NEW JERSEY**
| | | | | |
|---|---|---|---|---|
| NJ | 2 | 04-807 | Anthony Wayne Credit Adjustors, Inc. v. Allianz Dresdner Asset Management of America, LP | 04-1927 |
| NJ | 2 | 04-1820 | Ronald Stackler, et al. v. Allianz Dresdner Asset Management of America, L.P., et al. | 04-1928 |

**NEVADA**
| | | | | |
|---|---|---|---|---|
| NV | 2 | 04-47 | Doreen Lagoni v. Security Brokerage, Inc., et al. | 04-1929 |

**NEW YORK EASTERN**
| | | | | |
|---|---|---|---|---|
| NYE | 1 | 04-933 | David Weiser, etc. v. Duetsche Bank AG, et al. | 04-1430 |
| NYE | 1 | 04-954 | Kenneth Clark, etc. v. Deutsche Bank AG, et al. | 04-1431 |

**NEW YORK SOUTHERN**
| | | | | |
|---|---|---|---|---|
| NYS | 1 | 04-1576 | Karen M. McKenna v. Columbia Acorn Fund, et al. | 04-1932 |
| NYS | 1 | 04-1860 | James A. Pingitore v. Allianz Dresdner Asset Management of America, L.P., et al. | 04-1933 |

**PENNSYLVANIA EASTERN**
| | | | | |
|---|---|---|---|---|
| PAE | 2 | 04-1594 | Eddie D. Garrett v. PBHG Funds, et al. | 04-1934 |