A CERTIFIED TRUE COPY

JUL 16 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-7)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 272 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, 310 F.Supp.2d 1359 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-7 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

**DISTRICT  DIV. C. A.#**

**DELAWARE**
  DE    1    04-188          Cynthia L. Essenmacher, etc. v. Invesco Fund Groups, Inc., et al.   04-2271

**MASSACHUSETTS**
  MA   1    04-10852         Leon Brazin, etc. v. John A. Hill, et al.   04-2272
  MA   1    04-10853         Peter Kavaler, etc. v. John A. Hill, et al.   04-2273
  MA   1    04-10978         Harold Beardsley, et al. v. FleetBoston Financial Corp., et al.   04-2274

**NEW YORK SOUTHERN**
  NYS   1    04-444          Aurora Henao, etc. v. Marsh & McLennan Companies, Inc., et al.   04-2275
  NYS   1    04-629          Barry J. Feinburg, et al. v. Security Brokerage, Inc., et al.   04-2276
  NYS   1    04-666          MFS Fund Distributors, Inc., et al. v. Daniel G. Calugar, et al.   04-2277
  NYS   1    04-1879         R.L. Simmonds, et al. v. Columbia Acorn Fund, et al.   04-2278
  NYS   1    04-2005         Robert Rubin v. Pacific Investment Management Co., LLC   04-2279
  NYS   1    04-2119         Paul Chorne v. Scudder 21st Century Growth Fund, et al.   04-2280
  NYS   1    04-2335         Mildred E. Ruehlman v. Amcap Fund, et al.   04-2281
  NYS   1    04-2475         Ernest Gottdiener, etc. v. John R. Belk, et al.   04-2282
  NYS   1    04-2701         Kim Barkov v. Amcap Fund, et al.   04-2283
  NYS   1    04-2741         Tim Christman v. Canadian Imperial Bank of Commerce, et al.   04-2284

**PENNSYLVANIA WESTERN**
  PAW   2    04-439          Lu Chang, etc. v. Federated Investors, Inc., et al.   04-2285
  PAW   2    04-440          Richard Linnock, etc. v. Federated Investors, Inc., et al.   04-2286
  PAW   2    04-441          Stanley Soto, etc. v. Federated Investors, Inc., et al.   04-2287