**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 24, 2005

Re 04-15864 - Artisan and Strong Funds

Dear Counsel:

  As you know, responsibility for rulings in the Strong and Artisan cases recently has been transferred to me.[1] I have reviewed the discovery issues related to the Strong Fund Defendants and Strong Capital Management, Inc. ("SCM").[2] Consistent with my letter Order of March 11, 2005, I agree with the principles stated in Judge Motz's letter Order of March 7, 2005. Accordingly, the Strong Fund Defendants and SCM should produce to both class and derivative plaintiffs the documents described in paragraph 2 of Judge Motz's Order and should compile for possible later production the documents described in paragraphs 3 and 4 of that Order. The production should include the May 2004 settlement agreement related to the $11.5 million in escrow, but need not include other documentation related to the Special Litigation Committee ("SLC") process. SLC documentation should, however, be compiled now for possible later production.

  The plaintiffs also request documents related to the acquisition of Strong by Wells Fargo. In addition to the documents Strong counsel described at oral argument that already have been produced, the successor trust documents should be produced when completed, presumably in April. Other less relevant Wells Fargo documents need not be produced at this time.

  Accordingly, the plaintiffs' motion to lift the discovery stay and the defendants' cross-motion to extend the discovery stay are granted in part and denied in part as set forth herein.

---

[1] It is my understanding that no Artisan cases currently are pending in this track.

[2] To the best of my knowledge, neither I nor my spouse nor any dependent child has any financial interest in any Strong fund. I have some investment in a JP Morgan Chase mutual fund, but I hereby renounce any recovery to which I might otherwise be entitled.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc: Judge Andre M. Davis
Judge J. Frederick Motz