

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1586

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

*Dean Delaventura v. Columbus Acorn Trust, et al.*, D. Massachusetts, C.A. No. 1:05-10793   05-2219
*Brian Reaves v. MFS Series Trust I, et al.*, D. Massachusetts, C.A. No. 1:05-10804   05-2220
*Adam Press v. Putnam Investment Funds, et al.*, D. Massachusetts, C.A. No. 1:05-10923   05-2221

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel is a motion by plaintiffs in these actions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's orders conditionally transferring the actions to the District of Maryland for inclusion in the Section 1407 proceedings occurring there in this docket. Defendants favor inclusion of these actions in MDL-1586 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions share sufficient questions of fact with actions in this litigation previously transferred to the District of Maryland. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Plaintiffs' still pending motions to remand to state court can be presented to and decided by the transferee judges.[1] *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of Maryland was a proper Section 1407 forum for actions arising out of allegations of market timing and/or late trading in the mutual fund industry. *See In re Mutual Funds Investment Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004).

---

* Judge Motz took no part in the decision of this matter.

[1] The motion for remand in *Delaventura* was recently denied.

Case 1:04-md-15864-JFM   Document 586   Filed 08/12/05   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1586

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

*Dean Delaventura v. Columbus Acorn Trust, et al.*, D. Massachusetts, C.A. No. 1:05-10793
*Brian Reaves v. MFS Series Trust I, et al.*, D. Massachusetts, C.A. No. 1:05-10804
*Adam Press v. Putnam Investment Funds, et al.*, D. Massachusetts, C.A. No. 1:05-10923

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel is a motion by plaintiffs in these actions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's orders conditionally transferring the actions to the District of Maryland for inclusion in the Section 1407 proceedings occurring there in this docket. Defendants favor inclusion of these actions in MDL-1586 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions share sufficient questions of fact with actions in this litigation previously transferred to the District of Maryland. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Plaintiffs' still pending motions to remand to state court can be presented to and decided by the transferee judges.[1] *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of Maryland was a proper Section 1407 forum for actions arising out of allegations of market timing and/or late trading in the mutual fund industry. *See In re Mutual Funds Investment Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004).

---

* Judge Motz took no part in the decision of this matter.

[1] The motion for remand in *Delaventura* was recently denied.

**INVOLVED COUNSEL LIST
DOCKET NO. 1586
IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

John D. Donovan, Jr.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

John C. Martland
Gilman & Pastor, L.L.P.
60 State Street
37th Floor
Boston, MA 01906

David Pastor
Gilman & Pastor, L.L.P.
60 State Street
37th Floor
Boston, MA 01906

Brian E. Pastuszenski
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881

Mark A. Perry
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Jane E. Willis
Ropes & Gray, LLP
One International Place
Boston, MA 02110



FILED ____ ENTERED
____ LODGED ____ RECEIVED

AUG 12 2005

AT ____
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY ____ DEPUTY

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

FILED ENTERED RECEIVED
AUG 1 2 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

August 10, 2005

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

*Dean Delaventura v. Columbus Acorn Trust, et al.*, D. Massachusetts, C.A. No. 1:05-10793
*Brian Reaves v. MFS Series Trust I, et al.*, D. Massachusetts, C.A. No. 1:05-10804
*Adam Press v. Putnam Investment Funds, et al.*, D. Massachusetts, C.A. No. 1:05-10923

Dear Ms. Cannon:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Enclosures/Attachment

cc: Transferee Judges: Judge J. Frederick Motz; Judge Catherine C. Blake; Judge Andre M. Davis
    Transferor Judges: Judge Nancy Gertner; Judge Morris E. Lasker; Judge William G. Young
    Transferor Clerk: Sarah Thornton

JPML Form 29A