UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 15, 2006

Memo To Counsel Re: *In re Mutual Funds Invest. Litig.*:ERISA Actions
MDL-15863
MDL-15864

Dear Counsel:

I am today issuing an informal Opinion and Order in *Wangberger v. Janus Capital Group, Inc.*, JFM-05-2711, granting a motion to dismiss filed by the defendants on the ground that plaintiff, as a former participant in the ERISA plan whose fiduciaries he is suing, lacks standing.

I previously entered an order denying similar motions to dismiss filed by defendants in the following actions: *Calderon v. Amvescap PLC*, JFM-04-824; *Corbett v. Marsh & McLennan Cos.*, JFM-04-883; *Walker v. Massachusetts Fin. Servs. Co.*, JFM-04-1758; and *Zarate v. Bank One Corp.*, JFM-04-830.  I understand that the only named plaintiffs in these actions are former participants.  Accordingly, it appears to me to be clear that defendants are entitled to dismissal of these actions based upon my ruling in *Wangberger*.  Because the issue seems clear, in order to prevent unnecessary briefing or correspondence, I will assume you agree that dismissal is appropriate unless I hear from any of you to the contrary on or before August 29, 2006.  If I have not heard from you, I will enter an order of dismissal the following day.

Very truly yours,

/s/
J. Frederick Motz
United States District Judge