IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | * | |
| | * | |
| _____ | * | |
| | * | |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, ALLIANZ DRESDNER | * | MDL No. 04-MD-15863 |
| | * | |
| _____ | * | |
| | * | |
| IN RE AIM, ARTISAN, INVESCO, STRONG | * | MDL No. 04-MD-15864 |
| | * | |
| _____ | * | |
| | * | |
| BERNSTEIN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-494 |
| | * | |
| JANUS CAPITAL MGMT. LLC | * | |
| | * | |
| _____ | * | |
| | * | |
| ABRAMS *et al.* | * | |
| | * | Civil No. JFM-04-495 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| | * | |
| _____ | * | |
| | * | |
| HILL | * | |
| | * | |
| v. | * | Civil No. JFM-04-496 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| | * | |
| _____ | * | |
| | * | |
| MARINI | * | |
| | * | Civil No. JFM-04-497 |
| v. | * | |
| | * | |
| JANUS INVESTMENT FUND *et al.* | * | |
| _____ | * | |

|  | * | |
| --- | --- | --- |
| VADEHERA | * | |
|  | * | |
| v. | * | Civil No. JFM-04-498 |
|  | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ——————————————————— | * | |
|  | * | |
| GOLDSTEIN *et al.* | * | |
|  | * | Civil No. JFM-04-499 |
| v. | * | |
|  | * | |
| JANUS CAPITAL GROUP INC. *et al.* | * | |
| ——————————————————— | * | |
|  | * | |
| BERNSTEIN | * | |
|  | * | |
| v. | * | Civil No. JFM-04-500 |
|  | * | |
| JANUS CAPITAL MGMT. LLC *et al.* | * | |
| ——————————————————— | * | |
|  | * | |
| SYLVESTER | * | |
|  | * | Civil No. JFM-04-502 |
| v. | * | |
|  | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ——————————————————— | * | |
|  | * | |
| ETSEN *et al.* | * | |
|  | * | |
| v. | * | Civil No. JFM-04-504 |
|  | * | |
| JANUS FUND *et al.* | * | |
| ——————————————————— | * | |
|  | * | |
| CORWIN | * | |
|  | * | Civil No. JFM-04-505 |
| v. | * | |
|  | * | |
| BAILEY *et al.* | * | |
| ——————————————————— | * | |

|  |  |  |
|---|---|---|
| | * | |
| MORRIS | * | |
| | * | Civil No. JFM-04-506 |
| v. | * | |
| | * | |
| JANUS CAPITAL MGMT. LLC *et al.* | * | |
| ———————————————— | * | |
| | * | |
| PFLUGATH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-509 |
| | * | |
| BEAR STEARNS CO., INC *et al.* | * | |
| ———————————————— | * | |
| | * | |
| PESTONE | * | |
| | * | Civil No. JFM-04-510 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ———————————————— | * | |
| | * | |
| WORMLEY *et al.* | * | |
| | * | Civil No. JFM-04-511 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ———————————————— | * | |
| | * | |
| ORLANDI *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-512 |
| | * | |
| JANUS BALANCED FUND *et al.* | * | |
| ———————————————— | * | |
| | * | |
| BAILEY | * | |
| | * | Civil No. JFM-04-514 |
| v. | * | |
| | * | |
| JANUS CAPITAL MGMT. LLC *et al.* | * | |
| ———————————————— | * | |

|  |  |
|---|---|
| HAIG *et al.* | * |
|  | * |
|  | *  Civil No. JFM-04-515 |
| v. | * |
|  | * |
| JANUS FUND *et al.* | * |
| ——————————————— | * |
| NOLTE *et al.* | * |
|  | * |
| v. | *  Civil No. JFM-04-516 |
|  | * |
| JANUS FUND *et al.* | * |
| ——————————————— | * |
| TEPFER | * |
|  | *  Civil No. JFM-04-517 |
| v. | * |
|  | * |
| JANUS CAPITAL GROUP, INC. *et al.* | * |
| ——————————————— | * |
| STEINBERG *et al.* | * |
|  | *  Civil No. JFM-04-518 |
| v. | * |
|  | * |
| JANUS CAPITAL MGMT., LLC *et al.* | * |
| ——————————————— | * |
| KIDWELL *et al.* | * |
|  | * |
| v. | *  Civil No. JFM-04-519 |
|  | * |
| JANUS CAPITAL GROUP, INC. *et al.* | * |
| ——————————————— | * |
| TSETSEKOS | * |
|  | *  Civil No. JFM-04-521 |
| v. | * |
|  | * |
| JANUS CAPITAL GROUP, INC. *et al.* | * |
| ——————————————— | * |

|  |  |  |
|---|---|---|
| | * | |
| JONES | * | |
| | * | Civil No. JFM-04-533 |
| v. | * | |
| | * | |
| STRONG FIN. MGMT. CORP. *et al.* | * | |
| _____ | * | |
| | * | |
| PAINTER | * | |
| | * | |
| v. | * | Civil No. JFM-04-534 |
| | * | |
| STRONG CAPITAL MGMT., INC. *et al.* | * | |
| _____ | * | |
| | * | |
| STONE | * | |
| | * | |
| v. | * | Civil No. JFM-04-536 |
| | * | |
| STRONG ADVISOR COMMON | * | |
| STOCK FUND *et al.* | * | |
| _____ | * | |
| | * | |
| STARR *et al.* | * | |
| | * | Civil No. JFM-04-559 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT | * | |
| MGMT., INC. *et al.* | * | |
| _____ | * | |
| | * | |
| SAUNDERS *et al.* | * | |
| | * | Civil No. JFM-04-560 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| _____ | * | |
| | * | |
| TROUTMAN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-562 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |

_____         *
                                        *
JAFFE                                   *
                                        *   Civil No. JFM-04-563
v.                                      *
                                        *
PUTNAM AMERICAN GOVERNMENT              *
INCOME FUND *et al.*                     *
_____         *
                                        *
ZUBER *et al.*                           *
                                        *
v.                                      *   Civil No. JFM-04-564
                                        *
PUTNAM INVESTMENT MGMT. LLC *et al.*     *
_____         *
                                        *
GURNO *et al.*                           *
                                        *   Civil No. JFM-04-565
v.                                      *
                                        *
PUTNAM AMERICAN GOVERNMENT              *
INCOME FUND *et al.*                     *
_____         *
                                        *
DUBIN *et al.*                           *
                                        *
v.                                      *   Civil No. JFM-04-566
                                        *
PUTNAM  INVESTMENT MGMT. LLC *et al.*    *
_____         *
                                        *
SCHULMAN *et al.*                        *
                                        *   Civil No. JFM-04-568
v.                                      *
                                        *
PUTNAM AMERICAN GOVERNMENT              *
INCOME FUND *et al.*                     *
_____         *

|  |  |  |
|---|---|---|
| | * | |
| MANISKAS *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-569 |
| | * | |
| PUTNAM  AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| _____ | * | |
| | * | |
| GARFIELD | * | |
| | * | Civil No. JFM-04-572 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| _____ | * | |
| | * | |
| ENGELER | * | |
| | * | |
| v. | * | Civil No. JFM-04-573 |
| | * | |
| PUTNAM INVESTMENT TRUST *et al.* | * | |
| _____ | * | |
| | * | |
| FORSEE | * | |
| | * | Civil No. JFM-04-615 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| _____ | * | |
| | * | |
| ARCHINACO | * | |
| | * | |
| v. | * | Civil No. JFM-04-616 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| _____ | * | |
| | * | |
| ARMENTANO | * | |
| | * | Civil No. JFM-04-617 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| _____ | * | |

|  | * |  |
|---|---|---|
| LANG *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-626 |
|  | * |  |
| JANUS FUND *et al.* | * |  |
| ——————————————————— | * |  |
|  | * |  |
| SILVERMAN | * |  |
|  | * | Civil No. JFM-04-627 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ——————————————————— | * |  |
|  | * |  |
| KAUFMAN *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-628 |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ——————————————————— | * |  |
|  | * |  |
| FRIEDMAN *et al.* | * |  |
|  | * | Civil No. JFM-04-807 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ——————————————————— | * |  |
|  | * |  |
| MARTINI | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-808 |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ——————————————————— | * |  |
|  | * |  |
| BROWN | * |  |
|  | * | Civil No. JFM-04-809 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ——————————————————— | * |  |

|  |  |  |
|---|---|---|
|  | * |  |
| McKEOWN | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-810 |
|  | * |  |
| JANUS FUND *et al.* | * |  |
| _____ | * |  |
|  | * |  |
| STRAITS | * |  |
|  | * | Civil No. JFM-04-811 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| _____ | * |  |
|  | * |  |
| BIGGS *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-812 |
|  | * |  |
| JANUS FUND *et al.* | * |  |
| _____ | * |  |
|  | * |  |
| GOODMAN *et al.* | * |  |
|  | * | Civil No. JFM-04-813 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| _____ | * |  |
|  | * |  |
| HARCLERODE *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-815 |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| _____ | * |  |
|  | * |  |
| VANN *et al.* | * |  |
|  | * | Civil No. JFM-04-816 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| _____ | * |  |

|  |  |  |
|---|---|---|
| | * | |
| KLEIN | * | |
| | * | |
| v. | * | Civil No. JFM-04-817 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| _____ | * | |
| | * | |
| CALDERON | * | |
| | * | Civil No. JFM-04-824 |
| v. | * | |
| | * | |
| AMVESCAP PLC *et al.* | * | |
| _____ | * | |
| | * | |
| HELM *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-826 |
| | * | |
| JANUS FUND *et al.* | * | |
| _____ | * | |
| | * | |
| DELLAVALLE | * | |
| | * | Civil No. JFM-04-829 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| _____ | * | |
| | * | |
| KITTY | * | |
| | * | |
| v. | * | Civil No. JFM-04-833 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| _____ | * | |
| | * | |
| D'AGOSTINO | * | |
| | * | Civil No. JFM-04-834 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| _____ | * | |

|  |  |  |
|---|---|---|
| | * | |
| TAYNE | * | |
| | * | |
| v. | * | Civil No. JFM-04-835 |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| SICHRA | * | |
| | * | Civil No. JFM-04-836 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT FUND *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| YAMEEN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-837 |
| | * | |
| PUTNAM INVESTMENT MGMT. LLC *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| CLEMENT *et al.* | * | |
| | * | Civil No. JFM-04-840 |
| v. | * | |
| | * | |
| PUTNAM VOYAGER FUND *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| IOAKIM *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-841 |
| | * | |
| PUTNAM INVESTMENT MGMT. LLC *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| MARKS | * | |
| | * | Civil No. JFM-04-842 |
| v. | * | |
| | * | |
| PUTNAM OTC & EMERGING GROWTH FUND *et al.* | * | |
| ——————————————————— | * | |

|                                              |   |                      |
|----------------------------------------------|---|----------------------|
|                                              | * |                      |
| D'AGOSTINO-GANNON                            | * |                      |
|                                              | * |                      |
| v.                                           | * | Civil No. JFM-04-844 |
|                                              | * |                      |
| PUTNAM INVESTMENTS TRUST *et al.*            | * |                      |
| _____ | * |                      |
|                                              | * |                      |
| BASEMAN                                      | * |                      |
|                                              | * | Civil No. JFM-04-845 |
| v.                                           | * |                      |
|                                              | * |                      |
| PUTNAM INVESTMENT MGMT. LLC *et al.*         | * |                      |
| _____ | * |                      |
|                                              | * |                      |
| PULEO                                        | * |                      |
|                                              | * |                      |
| v.                                           | * | Civil No. JFM-04-846 |
|                                              | * |                      |
| "PUTNAM FUNDS" *et al.*                      | * |                      |
| _____ | * |                      |
|                                              | * |                      |
| PFEFFER *et al.*                             | * |                      |
|                                              | * | Civil No. JFM-04-853 |
| v.                                           | * |                      |
|                                              | * |                      |
| JANUS FUND *et al.*                          | * |                      |
| _____ | * |                      |
|                                              | * |                      |
| BERNSTEIN                                    | * |                      |
|                                              | * |                      |
| v.                                           | * | Civil No. JFM-04-861 |
|                                              | * |                      |
| FRED ALGER MGMT. INC., *et al.*              | * |                      |
| _____ | * |                      |
|                                              | * |                      |
| IRA *et al.*                                 | * |                      |
|                                              | * | Civil No. JFM-04-866 |
| v.                                           | * |                      |
|                                              | * |                      |
| JANUS CAPITAL MGMT. LLC *et al.*             | * |                      |
| _____ | * |                      |

|  | * |  |
|---|---|---|
| WEINRIB | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-868 |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ———————————————————— | * |  |
| WAXMAN | * |  |
|  | * | Civil No. JFM-04-869 |
| v. | * |  |
|  | * |  |
| JANUS CAPITAL GROUP, INC. *et al.* | * |  |
| ———————————————————— | * |  |
| VLADIMIR | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-872 |
|  | * |  |
| JANUS CAPITAL MGMT. LLC *et al.* | * |  |
| ———————————————————— | * |  |
| STRASBERG *et al.* | * |  |
|  | * | Civil No. JFM-04-873 |
| v. | * |  |
|  | * |  |
| JANUS FUND *et al.* | * |  |
| ———————————————————— | * |  |
| DUKE | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-875 |
|  | * |  |
| JANUS CAPITAL MGMT. LLC *et al.* | * |  |
| ———————————————————— | * |  |
| DEMAYO | * |  |
|  | * | Civil No. JFM-04-876 |
| v. | * |  |
|  | * |  |
| ALGER SMALL PORTFOLIO *et al.* | * |  |
| ———————————————————— | * |  |

```
                                          *
DIEMER                                    *
                                          *
v.                                        *   Civil No. JFM-04-878
                                          *
JANUS FUND et al.                         *
                                          *
_____   *
                                          *
HENZEL                                    *
                                          *   Civil No. JFM-04-881
v.                                        *
                                          *
ALGER SMALL PORTFOLIO et al.              *
                                          *
_____   *
                                          *
CORBETT et al.                            *
                                          *
v.                                        *   Civil No. JFM-04-883
                                          *
MARSH & MCLENNAN CO., INC. et al.         *
                                          *
_____   *
                                          *
ZUCKER                                    *
                                          *   Civil No. JFM-04-884
v.                                        *
                                          *
PUTNAM AMERICAN GOVERNMENT                *
INCOME FUND et al.                        *
_____   *
                                          *
BUHS                                      *
                                          *
v.                                        *   Civil No. JFM-04-885
                                          *
FRED ALGER MGMT., INC. et al.             *
                                          *
_____   *
                                          *
ETTINGER                                  *
                                          *   Civil No. JFM-04-886
v.                                        *
                                          *
JANUS CAPITAL GROUP, INC. et al.          *
_____   *
```

|  |  |  |
|---|---|---|
| | * | |
| BONIME | * | |
| | * | |
| v. | * | Civil No. JFM-04-887 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| | * | |

_____

|  |  |  |
|---|---|---|
| | * | |
| WALSH | * | |
| | * | Civil No. JFM-04-888 |
| v. | * | |
| | * | |
| MARSH & MCLENNAN CO., INC. *et al.* | * | |

_____

|  |  |  |
|---|---|---|
| | * | |
| MINTZ | * | |
| | * | |
| v. | * | Civil No. JFM-04-889 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |

_____

|  |  |  |
|---|---|---|
| | * | |
| BILLMAN | * | |
| | * | Civil No. JFM-04-891 |
| v. | * | |
| | * | |
| FRED ALGER MGMT., INC. *et al.* | * | |
| | * | |

_____

|  |  |  |
|---|---|---|
| | * | |
| RYAN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-893 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| | * | |

_____

|  |  |  |
|---|---|---|
| | * | |
| GARFIELD | * | |
| | * | Civil No. JFM-04-894 |
| v. | * | |
| | * | |
| FRED ALGER MGMT., INC. *et al.* | * | |
| | * | |

_____

|  |  |  |
|---|---|---|
|  | * |  |
| FOSTER *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-897 |
|  | * |  |
| PUTNAM INVESTMENTS TRUST *et al.* | * |  |
| ———————————————————— | * |  |
|  | * |  |
| FRIEDMAN | * |  |
|  | * | Civil No. JFM-04-899 |
| v. | * |  |
|  | * |  |
| ALGER SMALL PORTFOLIO *et al.* | * |  |
| ———————————————————— | * |  |
|  | * |  |
| NEEYAF DISTRIBUTING | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-903 |
|  | * |  |
| ALGER SMALL PORTFOLIO *et al.* | * |  |
| ———————————————————— | * |  |
|  | * |  |
| JOHNSON | * |  |
|  | * | Civil No. JFM-04-907 |
| v. | * |  |
|  | * |  |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND *et al.* | * |  |
| ———————————————————— | * |  |
|  | * |  |
| JOHNSON | * |  |
|  | * |  |
| v. | * | Civil No. JFM-04-910 |
|  | * |  |
| ALGER SMALL PORTFOLIO *et al.* | * |  |
| ———————————————————— | * |  |
|  | * |  |
| CROCKET | * |  |
|  | * | Civil No. JFM-04-911 |
| v. | * |  |
|  | * |  |
| ALGER SMALL PORTFOLIO *et al.* | * |  |
| ———————————————————— | * |  |

|  |  |  |
|---|---|---|
| | * | |
| GOLDFARB | * | |
| | * | |
| v. | * | Civil No. JFM-04-912 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| IOZZO *et al.* | * | |
| | * | Civil No. JFM-04-915 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| WEINER *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-916 |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| FINKELSON-REECE | * | |
| | * | Civil No. JFM-04-919 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT TRUST *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| SAYEGH | * | |
| | * | |
| v. | * | Civil No. JFM-04-1171 |
| | * | |
| JANUS CAPITAL CORP. *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| FEDERMAN | * | |
| | * | Civil No. JFM-04-1172 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| ————————————————— | * | |

|                                                      |   |                        |
|------------------------------------------------------|---|------------------------|
|                                                      | * |                        |
| VOLIN                                                | * |                        |
|                                                      | * |                        |
| v.                                                   | * | Civil No. JFM-04-1279  |
|                                                      | * |                        |
| JANUS CAPITAL GROUP, INC. *et al.*                   | * |                        |
| _____            | * |                        |
|                                                      | * |                        |
| SEGEL *et al.*                                       | * |                        |
|                                                      | * | Civil No. JFM-04-1283  |
| v.                                                   | * |                        |
|                                                      | * |                        |
| PUTNAM FUNDS *et al.*                                | * |                        |
| _____            | * |                        |
|                                                      | * |                        |
| DENENBERG                                            | * |                        |
|                                                      | * |                        |
| v.                                                   | * | Civil No. JFM-04-1284  |
|                                                      | * |                        |
| PUTNAM INVESTMENT MGMT., INC. *et al.*               | * |                        |
| _____            | * |                        |
|                                                      | * |                        |
| ADAMS                                                | * |                        |
|                                                      | * | Civil No. JFM-04-1307  |
| v.                                                   | * |                        |
|                                                      | * |                        |
| PUTNAM AMERICAN GOVERNMENT                           | * |                        |
| INCOME FUND *et al.*                                 | * |                        |
| _____            | * |                        |
|                                                      | * |                        |
| 1199 SEIU GREATER NEW YORK                           | * |                        |
| PENSION FUND *et al.*                                | * |                        |
|                                                      | * |                        |
| v.                                                   | * | Civil No. JFM-04-1621  |
|                                                      | * |                        |
| MARSH & McLENNAN CO., INC. *et al.*                  | * |                        |
| _____            | * |                        |
|                                                      | * |                        |
| KLEIN                                                | * |                        |
|                                                      | * | Civil No. JFM-04-1770  |
| v.                                                   | * |                        |
|                                                      | * |                        |
| HILL                                                 | * |                        |
| _____            | * |                        |

|  |  |  |
|---|---|---|
| | * | |
| WIEGAND | * | |
| | * | |
| v. | * | Civil No. JFM-04-1771 |
| | * | |
| HILL *et al.* | * | |
| | * | |
| _____ | * | |
| | * | |
| FREDERIC IAN FISCHBEIN PC | * | |
| AMENDED/RESTATED EMPLOYEE | * | |
| BENEFIT TRUST DATED 12/1/84 | * | |
| | * | Civil No. JFM-04-1873 |
| v. | * | |
| | * | |
| MARSH & MCLENNAN CO., INC. *et al.* | * | |
| _____ | * | |
| | * | |
| CITRON *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1921 |
| | * | |
| PACIFIC INVESTMENT MGMT. CO. *et al.* | * | |
| _____ | * | |
| | * | |
| KAPOOR | * | |
| | * | Civil No. JFM-04-1922 |
| v. | * | |
| | * | |
| BARCOCK *et al.* | * | |
| _____ | * | |
| | * | |
| ALEXANDER | * | |
| | * | |
| v. | * | Civil No. JFM-04-1923 |
| | * | |
| BABCOCK *et al.* | * | |
| _____ | * | |
| | * | |
| MCBRIDE *et al.* | * | |
| | * | Civil No. JFM-04-1924 |
| v. | * | |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| _____ | * | |

EDWARD I. SEGEL IRA *et al.*

v.

ALLIANZ DRESDNER ASSET MGMT.
OF AMERICA, LP *et al.*

\*
\*
\*
\*   Civil No. JFM-04-1925
\*
\*
\*
\*

_____

KAUFMAN

v.

PIMCO STOCKSPLUS FUND *et al.*

\*
\*
\*   Civil No. JFM-04-1926
\*
\*
\*

_____

ANTHONY WAYNE CREDIT ADJUSTORS

v.

ALLIANZ DRESDNER ASSET MGMT.
OF AMERICA, LP *et al.*

\*
\*
\*   Civil No. JFM-04-1927
\*
\*
\*

_____

STACKLER *et al.*

v.

ALLIANZ DRESDNER ASSET MGMT.
OF AMERICA, LP *et al.*

\*
\*
\*   Civil No. JFM-04-1928
\*
\*
\*

_____

COMBINED WELFARE FUND *et al.*

v.

ALLIANZ DRESDNER ASSET MGMT.
OF AMERICA, LP *et al.*

\*
\*
\*   Civil No. JFM-04-1933
\*
\*
\*

_____

|                                           |     |                        |
| ----------------------------------------- | --- | ---------------------- |
|                                           | *   |                        |
| SHAHI *et al.*                            | *   |                        |
|                                           | *   | Civil No. JFM-04-2605  |
| v.                                        | *   |                        |
|                                           | *   |                        |
| PUTNAM, LLC                               | *   |                        |
|                                           | *   |                        |
| _____  | *   |                        |
|                                           | *   |                        |
| PARTHASARATHY                             | *   |                        |
|                                           | *   |                        |
| v.                                        | *   | Civil No. JFM-04-3798  |
|                                           | *   |                        |
| RS DIVERSIFIED GROWTH FUND *et al.*       | *   |                        |
|                                           | *   |                        |
| _____  | *   |                        |
|                                           | *   |                        |
| BEAL                                      | *   |                        |
|                                           | *   | Civil No. JFM-05-1086  |
| v.                                        | *   |                        |
|                                           | *   |                        |
| VARIABLE ANNUITY LIFE INSURANCE CO. *et al.* | * |                    |
|                                           | *   |                        |
| _____  | *   |                        |
|                                           | *   |                        |
| PRESS                                     | *   |                        |
|                                           | *   |                        |
| v.                                        | *   | Civil No. JFM-05-2221  |
|                                           | *   |                        |
| PUTNAM INVESTMENT FUNDS *et al.*          | *   |                        |
|                                           | *   |                        |
| _____  | *   |                        |
|                                           | *   |                        |
| WIGGINS                                   | *   |                        |
|                                           | *   | Civil No. JFM-04-818   |
| v.                                        | *   |                        |
|                                           | *   |                        |
| JANUS CAPITAL GROUP, INC., *et al.*       | *   |                        |
|                                           | *   |                        |
| _____  | *   |                        |
|                                           | *   |                        |
| LEPERA                                    | *   |                        |
|                                           | *   |                        |
| v.                                        | *   | Civil No. JFM-04-814   |
|                                           | *   |                        |
| INVESCO FUNDS GROUP, INC. *et al.*        | *   |                        |
|                                           | *   |                        |
| _____  | *   |                        |

|  |  |  |
|---|---|---|
| | * | |
| RAVER | * | |
| | * | Civil No. JFM-04-820 |
| v. | * | |
| | * | |
| INVESCO FUNDS GROUPS, INC. *et al.* | * | |
| _____ | * | |
| | * | |
| FATTAH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-821 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| _____ | * | |
| | * | |
| EHRLICH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-823 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| _____ | * | |
| | * | |
| GORSUCH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-825 |
| | * | |
| INVESCO FUND GROUP, INC. *et al.* | * | |
| _____ | * | |
| | * | |
| LOWINGER *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-905 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| _____ | * | |

RUSSO

v.                                                  *   Civil No. JFM-04-914

INVESCO ADVANTAGE HEALTH
SCIENCES FUND *et al.*
_____

BILSKI

v.                                                  *   Civil No. JFM-04-1159

AIM INTERNATIONAL FUNDS, INC. *et al.*
_____

GALLO

v.                                                  *   Civil No. JFM-04-1276

INVESCO FUNDS GROUP, INC. *et al.*
_____

BALLAGH

v.                                                  *   Civil No. JFM-04-1277

INVESCO FUNDS GROUP, INC. *et al.*
_____

GOODMAN

v.                                                  *   Civil No. JFM-04-1278

INVESCO FUNDS GROUP, INC. *et al.*
_____

WEINRIB

v.                                                  *   Civil No. JFM-04-1297

INVESCO FUND GROUP, INC. *et al.*
_____

|  |  |  |
|---|---|---|
| | * | |
| CLANCY | * | |
| | * | |
| v. | * | Civil No. JFM-04-1303 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| ———————————————————— | * | |
| | * | |
| WALDSMN | * | |
| | * | |
| v. | * | Civil No. JFM-04-821 |
| | * | |
| INVESCO FUNDS GROUP, INC. *et al.* | * | |
| ———————————————————— | * | |
| | * | |
| KRAMER | * | |
| | * | |
| v. | * | Civil No. JFM-04-1454 |
| | * | |
| AMVESCAP PLC *et al.* | * | |
| ———————————————————— | * | |
| | * | |
| VONDER HAAR *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1483 |
| | * | |
| INVESCO FUNDS GROUP, INC. *et al.* | * | |
| ———————————————————— | * | |
| | * | |
| ESSENMACHER | * | |
| | * | |
| v. | * | Civil No. JFM-04-2271 |
| | * | |
| INVESCO FUND GROUP, INC. *et al.* | * | |
| ———————————————————— | * | |
| | * | |
| PERENTESIS | * | |
| | * | |
| v. | * | Civil No. JFM-05-2401 |
| | * | |
| AIM INVESTMENTS | * | |
| ———————————————————— | * | |

|                                      |     |                        |
|--------------------------------------|-----|------------------------|
|                                      | *   |                        |
| MCGRAW                               | *   |                        |
|                                      | *   |                        |
| v.                                   | *   | Civil No. JFM-05-2876  |
|                                      | *   |                        |
| AIM ADVISORS, INC. *et al.*          | *   |                        |
|                                      | *   |                        |
| _____ | *  |                        |
|                                      | *   |                        |
| BERDAT *et al.*                      | *   |                        |
|                                      | *   |                        |
| v.                                   | *   | Civil No. JFM-06-1561  |
|                                      | *   |                        |
| INVESCO FUNDS GROUP, INC. *et al.*   | *   |                        |
| _____ | *  |                        |

**ORDER**

For the reasons stated in the opinion entered on October 19, 2007, in the above-captioned cases, it is, this 24th day of January, 2008

ORDERED

1.    Defendant's Omnibus Motion to Dismiss is granted in part and denied in part to the extent and for the reasons set forth in the October 19, 2007 opinion.

/s/_____

J. Frederick Motz

United States District Judge