IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | : MDL 1586 |
| In re Aim, Artisan, Invesco, Strong, T. Rowe Price | : No. 04-15864 |
| Cohen v. Strong Advisor Common Stock Fund | : No. 04-943 |
| Coleman v. Strong Financial Corporation | : No. 04-523 |
| Flynn v. Strong Capital Management, Inc. | : No. 04-949 |

...oOo...

## JOINT STATUS REPORT FOR STRONG SUBTRACK

**I.  Settlement Discussions with Strong Defendants**

The Strong Defendants are Strong Financial Corporation, its corporate affiliates (Strong Capital Management, Inc., Strong Investments, Inc., and Strong Investor Services, Inc.), and Richard S. Strong. Claims against these defendants (or some of them) are pending in an investor class action (*Cohen v. Strong Advisor Common Stock Fund,* No. 04-943); a fund derivative action (*Coleman v. Strong Financial Corporation,* No. 04-523); and an ERISA class action (*Flynn v. Strong Capital Management, Inc.,* No. 04-949).

Since the most recent status report on January 15, 2008, the parties have discussed issues associated with implementation of the proposed settlement, leaving only one technical issue, on which they are making progress. The parties still expect to soon be in a position to execute a term sheet for a settlement of all claims against the Strong defendants.

II.     **Settlement Discussions with Bear Stearns**

Claims against Bear Stearns Corporation and Bear Stearns & Co., Inc. are pending in the investor class action (*Cohen v. Strong Advisor Common Stock Fund,* No. 04-943). Discussions between the investor class plaintiffs and Bear Stearns are proceeding on a cross-track basis.

Dated: March 25, 2008

/s/ Clifford S. Goodstein
Clifford S. Goodstein
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10019
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Investor Class Action Plaintiffs*


/s/ Nicholas E. Chimicles
Nicholas E. Chimicles
Denise Schwartzman
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

*Attorneys for Fund Derivative Action Plaintiffs*


/s/ Samuel K. Rosen
Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

*Attorneys for ERISA Class Action Plaintiffs*

/s/ Bruce E. Clark
Bruce E. Clark
William L. Farris
Aisling O'Shea
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Strong Financial Corporation, Strong Capital Management, Inc., Strong Investments, Inc., and Strong Investor Services, Inc. in Investor Class Action and Fund Derivative Action*


/s/ Stephen L. Knowles
Stephen L. Knowles
GONZALEZ SAGGIO & HARLAN LLP
225 East Michigan, 4th Floor
Milwaukee, WI 53202
Telephone: (414) 277-8500
Facsimile: (414) 277-8521

*Attorneys for Defendants Strong Capital Management, Inc. and Strong Financial Corporation in ERISA Class Action*


/s/ Howard J. Kaplan
Stanley S. Arkin
Howard J. Kaplan
Danielle Sallah
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: (212) 333-0200
Facsimile: (212) 333-2350

*Attorneys for Defendant Richard S. Strong*

/s/ Lewis J. Liman
Lewis J. Liman
Neil P. Forrest
Catherine Moreno
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants Bear Stearns Securities Corporation and Bear Stearns & Co. Inc.*