# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| In re Aim, Artisan, Invesco, Strong, T. Rowe Price | 04-15864 |

**This document relates to the following actions in the Strong subtrack:**

*Lead Fund Derivative Action*

| | |
|---|---|
| Coleman v. Strong Financial Corporation | No. 04-523 |

*Additional Fund Derivative Actions*

| | |
|---|---|
| Mule v. Strong Capital Management, Inc. | No. 04-501 |
| LeFavour v. Strong Financial Corporation | No. 04-535 |
| McBride v. Strong Advisor Common Stock Fund | No. 04-851 |
| Marshall v. Richard Strong | No. 04-937 |
| Mintz v. Richard Strong | No. 04-939 |
| Blum v. Richard Strong | No. 04-940 |
| Tsetsekos v. Strong Financial Corporation | No. 04-942 |
| Patterson v. Strong Financial Corporation | No. 04-946 |
| Bader v. Strong Capital Management, Inc. | No. 04-1315 |
| Sarah Ross Trust v. Strong Financial Corporation | No. 04-1316 |
| Wilson v. Richard Strong | No. 04-1626 |
| Munroe v. Richard Strong | No. 04-1627 |

DEPUTY

AT BALTIMORE
CLERK'S OFFICE

2009 MAR 23  A 11: 32

DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED

*Lead Fund Investor Class Action*

| | |
|---|---|
| Cohen v. Strong Advisor Common Stock Fund | No. 04-943 |

*Additional Fund Investor Class Actions*

| | |
|---|---|
| Blevins v. Strong Capital Management, Inc. | No. 04-532 |
| Jones v. Strong Financial Corporation | No. 04-533 |
| Painter v. Strong Capital Management, Inc. | No. 04-534 |
| Stone v. Strong Advisor Common Stock Fund | No. 04-536 |
| Reinhardt v. Strong Advisor Common Stock Fund | No. 04-613 |
| Kuperschmidt v. Strong Capital Management, Inc. | No. 04-614 |
| Torelli v. Strong Financial Corporation | No. 04-619 |
| Halvorson v. Strong Advisor Common Stock Fund | No. 04-621 |
| Congregation Ohel Torah v. Strong Capital Management, Inc. | No. 04-622 |
| Garfield v. Banc of America Capital Management, Inc. | No. 04-625 |
| DeSocio v. Strong Advisor Common Stock Fund | No. 04-827 |
| Levy v. Strong Advisor Common Stock Fund | No. 04-849 |
| Steinberg v. Strong Advisor Common Stock Fund | No. 04-852 |
| Mangialardi v. Strong Capital Management, Inc. | No. 04-865 |
| Lang v. Strong Advisor Common Stock Fund | No. 04-938 |
| Gottdiener v. Strong Advisor Common Stock Fund | No. 04-944 |
| Ryan v. Strong Capital Management, Inc. | No. 04-945 |

| | |
|---|---|
| Aradena v. Strong Advisor Common Stock Fund | No. 04-947 |
| Ashman v. Strong Advisor Common Stock Fund | No. 04-950 |
| Hossack v. Strong Advisor Common Stock Fund | No. 04-951 |
| Hutton v. Strong Capital Management, Inc. | No. 04-952 |
| Schneider v. Strong Financial Corporation | No. 04-954 |
| Clancy v. Strong Advisor Common Stock Fund | No. 04-1290 |
| Weinrib v. Strong Financial Corporation | No. 04-1291 |
| Kelly v. Strong Capital Management, Inc. | No. 04-1616 |

*ERISA Class Action:*

| | |
|---|---|
| Flynn v. Strong Capital Management, Inc. | No. 04-949 |

*State law actions:*

| | |
|---|---|
| Kugi v. Strong Capital Management, Inc. | No. 04-948 |
| Sayegh v. Janus Capital Corporation | No. 04-1171 |
| Ferris v. Gumm | No. 04-1625 |
| Klafter v. Strong Capital Management, Inc. | No. 04-1884 |
| Dapore v. Strong Financial Corporation | No. 04-1885 |

**ORDER (I) STAYING LITIGATION AGAINST STRONG DEFENDANTS AND ENJOINING COMMENCEMENT OF PROCEEDINGS BY MEMBERS OF THE ALLEGED PLAINTIFF CLASS PENDING THE COURT'S CONSIDERATION OF A SETTLEMENT, (II) ESTABLISHING AND APPROVING THE SETTLEMENT ESCROW ACCOUNT AS A QUALIFIED SETTLEMENT FUND UNDER IRC § 468B, (III) AUTHORIZING THE FILING OF A SECOND CONSOLIDATED AMENDED INVESTOR CLASS COMPLAINT, AND (IV) DISMISSING CERTAIN CLAIMS**

Upon the joint motion of (a) lead plaintiffs' counsel in the Fund Investor Class

Action, the Fund Derivative Actions, and the ERISA class action, and (b) counsel for

defendants Strong Financial Corporation, Strong Capital Management, Inc., Strong

Investments, Inc., Strong Investment Services, Inc., and Richard S. Strong (collectively,

the "Strong Defendants"), and good cause having been shown, it is hereby ORDERED:

1.      Except as otherwise provided in this Order, or in furtherance of the

proposed settlement of litigation in the Strong subtrack, all litigation against the Strong

Defendants in each of the above-captioned actions is stayed until further order of this

Court.

2.      All former investors in Strong mutual funds are enjoined, until further

order of this Court, from commencing any proceeding against or on behalf of any of the

Strong Defendants; their officers, employees, and affiliates; or the Strong fund companies

or their former directors, concerning alleged market timing in any Strong mutual fund at

any time from January 1, 1999 through December 31, 2004.

3.      The Court approves the creation and maintenance of the Escrow Account

established (i) in connection with the settlement of claims, and (ii) to resolve and satisfy

such claims against the Strong Defendants.  Such approval is intended to satisfy the

requirements of Treasury Regulations § 1.468B-1, in order to qualify the Escrow Account

as a Qualified Settlement Fund within the meaning of such regulations.

4.      Lead Administrative Counsel is authorized to file a Second Consolidated

Amended Investor Class Complaint in *Cohen v. Strong Advisor Common Stock Fund*,

No. 04-943, in a form acceptable to counsel for Strong Financial Corporation, providing

among other things for the addition of plaintiffs in *Coleman v. Strong Financial

Corporation*, No. 04-523, as plaintiffs in their individual capacities in the class action and

extending the end-date for the class period to December 31, 2004.

5.      The time for all defendants named in the Second Consolidated Amended Investor Class Complaint to move or answer in response to that complaint is stayed until further order of the Court.

6.      In *Coleman v. Strong Financial Corporation*, No. 04-523, and in each of the Additional Fund Derivative Actions identified in the caption, all remaining claims against Strong Financial Corporation, Strong Capital Management, Inc., Strong Investor Services, Inc., Strong Investments, Inc., and Richard S. Strong are dismissed with prejudice.

7.      In *Cohen v. Strong Advisor Common Stock Fund,* No. 04-943, the claims under Sections 34(b), 36(a), 36(b), and 48(a) of the Investment Company Act (pleaded as the Seventh, Eighth, Ninth, and Tenth Claims for Relief) are dismissed with prejudice. In each of the Additional Fund Investor Class Actions identified in the caption, any and all claims alleged under the Investment Company Act are dismissed with prejudice.

8.      The dismissals of claims provided in paragraphs 6 and 7 above shall be automatically vacated if for any reason the settlement contemplated by this Order does not receive final approval or fails to become effective.

Dated: March 23, 2009

_____/s/_____

United States District Judge