Elizabeth N. McCarthy
3 Woods Lane
Chatham, NJ 07928
973-701-8331

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

SEP 26 2011

UNITED STATES DISTRICT COURT

September 22, 2011

| | | |
|---|---|---|
| Hon. William B. Traxler, Jr.<br>Chief Judge<br>Fourth Circuit<br>1100 East Main St.<br>Richmond, VA 23219 | Hon. Deborah K. Chasanow<br>Chief Judge<br>US District Court, MD<br>101 W. Lombard St.<br>Baltimore, MD 21201 | Hon. Catherine C. Blake<br>District Judge<br>US District Court, MD<br>101 W. Lombard St.<br>Baltimore, MD 21201 |

### In re Mutual Funds Investment Litigation, MDL-1586 Case No. 04-md-15864

Honorable Judges:

Enclosed is an exchange of correspondence with The Garden City Group concerning the above class action.

While I hesitate to burden your Honors, in more than 40 years of participating in class actions, I have never seen a class action process as dysfunctional as this one. I think my experience as a purported member of the Strong Sub-track class raises serious questions about the integrity of the process, as well as the manner in which class counsel and the Garden City Group have proceeded. Indeed, it raises the question of whether the process is a sham designed to enrich the claims administrator and the lawyers. I urge your Honors to make further inquiry about whether the administrator or the lawyers have acted in good faith.

In July 2010, I received two undated notices from the Court telling me that I had been identified as a member of the Class in the Strong Sub-track and inviting me to file proofs of claim. This was the first notice I had received of this action. These two notices caused me to spend hours researching records going back to 1998 (as if such records are readily available) and file online claim submissions, with the supporting documentation. I received an acknowledgement of one of these submissions; I never received any acknowledgement for my second proof of claim.

Eight months later, I received a cryptic notice saying "NOTICE OF REJECTION OF YOUR ENTIRE CLAIM" with no plain English explanation, which only addressed one of my proofs of claim. I have filed numerous class action claims during the past forty years; I have never had a single proof of claim rejected.

I wrote The Garden City Group and its response is enclosed. My holdings in the Strong funds were both directly with Strong *and through a brokerage account at Fidelity*. So, contrary to the claim (asserted in capital letters) in Garden City's enclosed letter, the notice I received from the Court required me to research very old records going back to 1998 and submit proofs of claim, one of which was completely ignored.

According to The Garden City letter, it had my records all along. Based on some calculation it performed, I had a gain of $1.68, making me ineligible to share in the settlement proceeds.

Had there been the slightest bit of integrity to this process, I never would have received a notice in the first place, since the class action lawyers (who now assert they had my Strong holdings all along) had already decided that I could not participate in any recovery. Had I received a notice which *plainly and honestly* stated upfront that there was no recovery or reward for my participation, I would have either opted out or taken some other action to protect my interests.

What I suspect (and what the Court should have an interest in protecting itself against) is The Garden City Group and the lawyers responsible for this charade deliberately inflated the size of the class to pump up their fees and expenses and to prevent opt outs, objections or appeals by putative members of the class. They had to know before they sent a notice to me that I would not participate in any recovery, since they had my records and clearly could have performed the calculation that they set forth in the Garden City letter. The notice that I received from the Court should have plainly stated that I was not entitled to any recovery. Instead, it led me to believe that I was a member of the class and would participate in the "recovery."

How many other purported members of this class were treated in this deceitful manner? Who benefited from the deceit? Your Honors deserve answers to those questions.

I am well aware that oftentimes class actions primarily benefit the lawyers and administrators. But in more than 40 years of participating in class action settlements, I have never seen anything as shameful as this process. No court should not lend its imprimatur to such a tainted process.

Respectfully yours,

Elizabeth N. M'Lua

Encls.