Elizabeth N. McCarthy
3 Woods Lane
Chatham, NJ 07928
973-701-8331

October 21, 2011

Hon. Deborah K. Chasanow          Hon. Catherine C. Blake
Chief Judge                       District Judge
US District Court, MD             US District Court, MD
101 W. Lombard St.                101 W. Lombard St.
Baltimore, MD 21201               Baltimore, MD 21201

**In re Mutual Funds Investment Litigation, MDL-1586 Case No. 04-md-15864**

Honorable Judges:

Enclosed is a copy of my September 22, 2011 letter without its enclosures as a point of reference.

I also enclose, as a matter of interest, the September 30, 2011 decision by the Hon. William H Pauley, III of the Southern District of New York, which contains extensive commentary of the actions of The Garden City Group, Inc., the same administrator that has so badly mismanaged the above class action.

Respectfully yours,

*Elizabeth N M Cdy*

Encls.

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

NOV 2 9 2011

UNITED STATES DISTRICT COURT