# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

December 1, 2011

Elizabeth N. McCarthy
3 Woods Lane
Chatham, NJ 07928

Re: *Mutual Funds Investment Litigation*
MDL 1586, Case No. 04-md-15864

Dear Ms. McCarthy:

I have reviewed your letters concerning the *Strong* settlement dated September 22, 2011 and October 21, 2011 (the latter of which was just received November 28, 2011) and will have them filed electronically so that plaintiffs' counsel may respond if they choose. I regret the difficulty in filing proofs of claim. For your information, the attorneys' fees requested and awarded were substantially less than the amount that could have been justified based on the hours they worked on this lengthy and complex litigation.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: Chief Judge Deborah K. Chasanow
Judge J. Frederick Motz
Counsel