IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | ) ) ) | MDL 1586 |
| This Document Relates To: *Invesco Sub-Track,* 04-md-15864-02 | ) ) ) ) ) | Case No. 04-MD-15864-02 (Hon. J. Frederick Motz) |

## CERTIFICATE OF SERVICE

I, John J. Mills, hereby certify that the following documents were filed with the Court on October 3, 2012:

1. Investor Class Lead Plaintiff's Motion for Approval of Distribution Plan, including the [Proposed] Order Approving Distribution Plan attached thereto as Exhibit 1;

2. Investor Class Lead Plaintiff's Memorandum in Support of Motion for Approval of Distribution Plan; and

3. Declaration of Jason Zuena in Support of Motion For Approval of Distribution Plan.

The documents are being served on all Counsel of Record via the Court's Electronic Case Filing (ECF) system. The documents are also being served on each of the Court-review claimants referenced in the papers via FedEx (or U.S. Postal Service Express Mail) and regular, first-class U.S. mail.

_____
John J. Mills