IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS | ) | MDL 1586 |
| INVESTMENT LITIGATION | ) | |
| | ) | Case No. 04-MD-15864-02 |
| This Document Relates To: | ) | (Hon. J. Frederick Motz) |
| *Invesco Sub-Track*, | ) | |
|     04-md-15864-02 | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL

TO:    The Clerk of the Court and All Parties of Record:

      PLEASE TAKE NOTICE THAT Chad Johnson hereby withdraws as counsel of record.

Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Lead Counsel for the

Investor Class Lead Plaintiff and the Investor Class.

Dated:  October 4, 2012          Respectfully Submitted,

                       **BERNSTEIN LITOWITZ BERGER &**
                       **GROSSMANN LLP**

                         */s/ William C. Fredericks*
                       William C. Fredericks
                       John J. Mills
                       1285 Avenue of the Americas
                       New York, NY 10019
                       (212) 554-1400

                       *Lead Counsel for the Investor Class Lead Plaintiff*
                       *and the Investor Class*